IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO. 8:15CR240 |
| Plaintiff, | ) | |
| | ) | **ORDER** |
| v. | ) | |
| ANTHONY D. McCAULEY, JR., | ) | |
| Defendant. | ) | |

Upon Order of this Court entered May 23, 2016, Defendant is to be released on Friday, June 17, 2016, to be transported to Dismas Charities, Sioux City, Iowa by a member of the Federal Public Defender's Office.

Dated this 15th day of June, 2016.

BY THE COURT:

_____
Honorable Laurie Smith Camp
Chief Judge, United States District Court

Cert copy USM